B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>Antonio Maurice Davis Sr.<br>Stephanie Parker Davis | DEFENDANTS<br>Markone Financial, LLC et al. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Sean Bewick   Bar No.:001508<br>The Dozier Law Firm, LLC<br>PO Box 13, Macon, GA 31202<br>478.742.8441   Fax: 478.745.9097 | ATTORNEYS (If Known)<br>T. Lee Bishop, Jr.   Bar No.:058850<br>T. Lee Bishop, Jr., P.C.<br>PO Box 1791, Albany, GA 31702   Phone: 229.436.6044 |
| PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Debtors filed a chapter 13 Case No.: 08-53384 which was dismissed on March 6, 2009 for failure to pay the filing fee. Debtors filed the present chapter 13 Case No.: 09-52377 within 1 year of the previous dismissal. Debtors paid the full filing fee upon filing their current case, and pray this court impose the stay.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought 1. Imposition of stay as to all creditors

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Antonio Maurice Davis Sr. and Stephanie Parker Davis | BANKRUPTCY CASE NO.<br>09-52377 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Middle District of Georgia | DIVISION OFFICE<br>Macon | NAME OF JUDGE<br>James D. Walker Jr. |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*Sean Bewick* (signature)<br>Sean Bewick 001508 | | |
| DATE<br>November 19, 2009 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Sean Bewick 001508 | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: Antonio Maurice Davis Sr., Stephanie Parker Davis, Movants / Plaintiffs, | * * * * * | Adversary Proceeding No. 09-05112  Bankruptcy No. 09-52377 |
| Antonio Maurice Davis Sr., Stephanie Parker Davis, Plaintiffs, | * * * * * | |
| v. | * * | |
| Markone Financial, LLC, Afni, Coliseum Medical Center, Farmers Furniture, LVNV Funding LLC, MarkOne Financial, NCO Financial Systems, Recovery One, West Asset, Cambell & Brannon, LLC, Georgia Housing and Finance Authority, Medical Center of Central GA, North American, State Home Mortgage, Williams & Fudge Inc., Georgia Housing and Finance Authority, American Infosource LP / Tmobile, Citi Corp Credit Services, Macon State College, North Star Capital Acquisitions LLC, Palisades Collections LLC, Defendants / Creditors | * * * * * * * * * * * * * * * * * * * * * * * | |

<u>Amended Complaint</u>

**COMES NOW** Antonio Maurice Davis Sr. and Stephanie Parker Davis ("plaintiffs"), by

and through undersigned counsel, and states as follows:

### Statement of Jurisdiction

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Defendant Markone Financial, LLC, ("defendant") is subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. Venue is proper in this court pursuant to 28 U.S.C. § 1409.

### Statement of Claim

1.

This adversary proceeding arises out of and relates to Debtors' chapter 13 case which is docketed in this Court as case number 09-52377, Middle District of Georgia, Macon Division.

2.

The Debtor's filed their current bankruptcy case under Title 11 within one year following the dismissal of a previous Chapter 13 case. The Debtor filed the current case in good faith. The previous case was 08-53384, filed in the U.S. Bankruptcy Court for the Middle District of Georgia, Macon Division. That case was dismissed on March 6, 2009.

3.

The Debtors' previous bankruptcy was dismissed due to failure to pay the remainder of the filing fee. There was mis-communication between the debtors and their previous attorney as to the filing fee.

4.

The debtors paid the filing fee in full at the time of filing their current case.

5.

The plan as proposed is feasible, and payments are currently being deducted from

Antonio Maurice Davis Sr.'s employment.

6.

Due to attorney mistake a Motion to Extend the Stay Under U.S.C. § 362(c)(3) was not timely filed.

**WHEREFORE,** Plaintiff prays for this honorable Court to:

(a) Impose a Stay as to all Creditors.

(b) Any and all further relief this honorable Court deems fair and equitable.

Respectfully Submitted,

_____
Sean Bewick           GA Bar No.: 001508
Attorney for the Movants / Plaintiffs
Dozier Law Firm LLC
PO Box 13
Macon, GA 31202-0013
478.742.8441

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re:  Antonio Maurice Davis Sr., | * | Adversary Proceeding No. 09-05112 |
| Stephanie Parker Davis, | * | |
| Movants / Plaintiffs, | * | Bankruptcy No. 09-52377 |
| | * | |
| | * | |
| Antonio Maurice Davis Sr., | * | |
| Stephanie Parker Davis, | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| Markone Financial, LLC, | * | |
| Afni, | * | |
| Coliseum Medical Center, | * | |
| Farmers Furniture, | * | |
| LVNV Funding LLC, | * | |
| MarkOne Financial, | * | |
| NCO Financial Systems, | * | |
| Recovery One, | * | |
| West Asset, | * | |
| Cambell & Brannon, LLC, | * | |
| Georgia Housing and Finance Authority, | * | |
| Medical Center of Central GA, | * | |
| North American, | * | |
| State Home Mortgage, | * | |
| Williams & Fudge Inc., | * | |
| Georgia Housing and Finance Authority, | * | |
| American Infosource LP / Tmobile, | * | |
| Citi Corp Credit Services, | * | |
| Macon State College, | * | |
| North Star Capital Acquisitions LLC, | * | |
| Palisades Collections LLC, | * | |
| Defendants / Creditors | * | |

Certificate of Service

This is to certify that I have this day served a copy of the Movants' / Plaintiffs' Amended Complaint upon:

Camille Hope  *All Parties Listed on Attached Creditor Matrix*
Chapter 13 Trustee
PO Box 954
Macon, GA 31202

by placing a copy of such in the United States Mail with sufficient postage thereon to insure delivery.

This the 19th Day of November, 2009.

Sean Bewick
Attorney for Movants' / Plaintiffs'

```
Label Matrix for local noticing          Farmers Furniture                        Georgia Housing and Finance Authority, Its S
113G-5                                   c/o Corporate Credit Department          Campbell & Brannon, LLC
Case 09-52377                            P.O. Box 1140                            990 Hammond Drive
Middle District of Georgia               Dublin, GA 31040-1140                    Bldg. 1, Suite 800
Macon                                                                             Atlanta, GA 30328-5529
Wed Nov 18 15:07:46 EST 2009

MarkOne Financial                        5                                        AMERICAN INFOSOURCE LP AS AGENT FOR
c/o Melinda Shaffer                      433 Cherry Street                        T MOBILE/T-MOBILE USA INC
7601 Centurion Parkway                   P.O. Box 1957                            PO Box 248848
Jacksonville, Fl 32256-0520              Macon, GA 31202-1957                     Oklahoma City, OK   73124-8848


Afni                                     Cambell & Brannon, LLC                   Citi Corp Credit Services
Po Box 3097                              900 Hammond Drive                        Attn: Centralized Bankruptcy
Bloomington, IL 61702-3097               Atlanta, GA 30328-5511                   Po Box 20507
                                                                                  Kansas City, MO 64195-0507


Coliseum Medical Center                  Coliseum Medical Ctr                     FARMERS FURNITURE - MACON-MERCER
P.O. Box 9125                            c/o Creditors Bankruptcy Service         ATTN;CORP. CREDIT
Macon, GA 31208                          P O Box 740933                           P. O. BOX 1140
                                         Dallas,Tx 75374-0933                     DUBLIN, GA 31040-1140


Farmers Furniture                        Georgia Housing and Finance Authority    Georgia Housing and Finance Authority
Po Box 1140                              P.O. Box 133049                          c/o Cambell & Brannon, LLC
Dublin, GA 31040-1140                    Atlanta, GA 30333-3049                   One Lakeside Commons
                                                                                  900 Hammond Drive, Suite 800
                                                                                  Atlanta, GA 30328-5511


LVNV Funding LLC                         MEDICAL CENTER OF CENTRAL GA             Macon State College
Resurgent Capital Services               2490 RIVERSIDE DRIVE                     Business Office
PO Box 10587                             Macon, GA 31204-1750                     100 College Station Dr.
Greenville, SC 29603-0587                                                         Macon, GA 31206-5100


MarkOne Financial                        Markone Fin                              NORTH STAR CAPITAL ACQUISITIONS LLC
c/o T. Lee Bishop, Jr.                   P O Box 17038                            c o Jefferson Capital Systems LLC
P. O. Box 1791                           Jacksonville, FL 32245-7038              PO BOX 7999
Albany, GA 31702-1791                                                             SAINT CLOUD MN 56302-7999


Nco Financial Systems                    North Amercn                             Palisades Collections LLC
507 Prudential Rd                        2810 Walker Rd                           Vativ Recovery Solutions LLC
Horsham, PA 19044-2368                   Chattanooga, TN 37421-1082               c/o Palisades Collections LLC
                                                                                  P.O. Box 19249
                                                                                  Sugar Land, TX 77496-9249


Recovery One                             State Home Mortgage                      State Home Mortgage
4645 Execuvite Dr                        60 Executive Park S Ne S                 P.O. Box 133049
Columbus, OH 43220-3601                  Atlanta, GA 30329-2296                   Atlanta, GA 30333-3049


West Asset                               Williams & Fudge Inc                     Antonio Maurice Davis Sr.
Attn: Bankruptcy                         300 Chatham Ave Ste 201                  451 Apple Blossom Way
P.O. Box 105478                          Rock Hill, SC 29730-5395                 Macon, GA 31217-5550
Atlanta, GA 30348-5478
```

| | | |
|---|---|---|
| Sean Allen Bewick<br>Dozier Law Firm, LLC<br>327 Third Street<br>Macon, GA 31201-3396 | Stephanie Parker Davis<br>451 Apple Blossom Way<br>Macon, GA 31217-5550 | Trustee Camille Hope<br>P.O. Box 954<br>Macon, GA 31202-0954 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)MarkOne Financial
c/o Melinda Shaffer
7601 Centurion Parkway
Jacksonville, Fl 32256-0520

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33